# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-2132 **Short Title:** Coal. for Open Democracy v.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
N.H. Sec'y of State David M. Scanlan; N.H. Att'y Gen. John M. Formella as the

[✔] appellant(s) [ ] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

Signature: ______________________ Date: October 6, 2026

Name: Michael P. DeGrandis

Firm Name (if applicable): N.H. Department of Justice

Telephone Number: (603) 271-1252

Address: 1 Granite Place South

Fax Number: (603) 271-2110

City, State, Zip Code: Concord, NH 03301

Email (required): michael.p.degrandis@doj.nh.gov

Court of Appeals Bar Number: 1218329

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.______________________

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).