**CHAPTER 20**
**HB 323 - FINAL VERSION**

7Jan2026... 2940h

2026 SESSION

25-0406
08/09

HOUSE BILL ***323***

AN ACT requiring the presentation of a government-issued photographic means of identification in order to vote.

SPONSORS: Rep. McFarlane, Graf. 18; Rep. Berry, Hills. 44; Rep. Sellers, Graf. 18; Rep. Sweeney, Rock. 25; Rep. Notter, Hills. 12; Rep. Soti, Rock. 35; Rep. Spillane, Rock. 2; Rep. Ulery, Hills. 13; Rep. Kuttab, Rock. 17; Sen. Sullivan, Dist 18; Sen. Gannon, Dist 23

COMMITTEE: Election Law

---

ANALYSIS

This bill requires the presentation of a government-issued photographic means of identification to vote.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Explanation: Matter added to current law appears in ***bold italics.***
Matter removed from current law appears [~~in brackets and struckthrough.~~]
Matter which is either (a) all new or (b) repealed and reenacted appears in regular type.

**CHAPTER 20**
**HB 323 - FINAL VERSION**

7Jan2026... 2940h

25-0406
08/09

STATE OF NEW HAMPSHIRE

*In the Year of Our Lord Two Thousand Twenty-Six*

AN ACT requiring the presentation of a government-issued photographic means of identification in order to vote.

*Be it Enacted by the Senate and House of Representatives in General Court convened:*

20:1 Obtaining a Ballot. Amend RSA 659:13, II to read as follows:

II.(a) A valid photo identification shall show the name of the individual to whom the identification was issued, and the name shall substantially conform to the name in the individual's voter registration record; it also shall show a photograph of the individual to whom the identification was issued. The photo identification shall also have an expiration date that has not been exceeded by a period of more than 5 years, except that a voter 65 years of age or older may use an otherwise qualified form of identification without regard to expiration date[~~, and except that student identification cards shall comply with the date requirements in subparagraph (5)~~]. The following forms of identification bearing a photograph of the voter shall satisfy the identification requirements of paragraph I:

(1) A driver's license issued by any state or the federal government.

(2) An identification card issued under RSA 260:21, RSA 260:21-a, or RSA 260:21-b or a nondriver's identification card issued by the motor vehicles division, department, agency, or office of any other state.

(3) A United States armed services identification card.

(4) A United States passport or passcard.

[~~(5) A valid student identification card if:~~

~~(A) The card is issued by:~~

~~(i) A college, university, or career school in New Hampshire and approved to operate or licensed to operate in New Hampshire.~~

~~(ii) A public high school in New Hampshire.~~

~~(iii) A nonpublic high school in New Hampshire accredited by a private school accrediting agency that is recognized by the department of education.~~

~~(iv) Dartmouth College.~~

~~(v) A college or university operated by the university system of New Hampshire or the community college system of New Hampshire.~~

~~(B) The card has either an expiration date or an issuance date that has not been exceeded by a period of more than 5 years, except that, at all elections prior to September 1, 2018,~~

(b) [~~The secretary of state shall post the lists of educational institutions provided by the commissioner of the department of education under RSA 21-N:4, VII on the department of state's website, and otherwise shall make such lists available to local election officials.~~

(c)] The secretary of state shall provide training for supervisors of the checklist on how the nonpublic data in the statewide centralized voter registration database may be used to satisfy voter identification requirements.

[(d)] *(c)* The secretary of state shall develop and make available an informational pamphlet explaining the procedure established in RSA 260:21 for obtaining a picture identification card for voter identification purposes only.

20:2 Effective Date. This act shall take effect 60 days after its passage.

Approved: April 03, 2026
Effective Date: June 02, 2026