**CHAPTER 243**
**SB 223-FN - FINAL VERSION**

01/29/2026 0189s
14May2026... 1829h

2026 SESSION

25-0584
07/08

SENATE BILL ***223-FN***

AN ACT relative to valid photo identification for purposes of obtaining a ballot and relative to the production of lists of certain schools of higher education.

SPONSORS: Sen. Sullivan, Dist 18; Sen. Murphy, Dist 16; Rep. Rice, Hills. 38; Rep. Notter, Hills. 12; Rep. Moffett, Merr. 4

COMMITTEE: Election Law and Municipal Affairs

---

AMENDED ANALYSIS

This bill requires that only the forms of identification listed in RSA 659:13, II(a) be used to satisfy voter identification requirements.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Explanation: Matter added to current law appears in ***bold italics.***
Matter removed from current law appears [~~in brackets and struckthrough.~~]
Matter which is either (a) all new or (b) repealed and reenacted appears in regular type.

**CHAPTER 243**
**SB 223-FN - FINAL VERSION**

01/29/2026 0189s
14May2026... 1829h

25-0584
07/08

STATE OF NEW HAMPSHIRE

*In the Year of Our Lord Two Thousand Twenty-Six*

AN ACT relative to valid photo identification for purposes of obtaining a ballot and relative to the production of lists of certain schools of higher education.

*Be it Enacted by the Senate and House of Representatives in General Court convened:*

243:1 Election Procedure; Voting Procedure; Obtaining a Ballot. Amend the introductory paragraph of RSA 659:13, II(a) to read as follows:

II.(a) A valid photo identification shall show the name of the individual to whom the identification was issued, and the name shall substantially conform to the name in the individual's voter registration record; it also shall show a photograph of the individual to whom the identification was issued. The photo identification shall also have an expiration date that has not been exceeded by a period of more than 5 years, except that a voter 65 years of age or older may use an otherwise qualified form of identification without regard to expiration date. [~~The~~] ***Only the*** following forms of identification bearing a photograph of the voter shall satisfy the identification requirements of paragraph I:

243:2 Repeal. RSA 21-N:4, VII, relative to the duty of the commissioner of the department of education to provide a list of certain schools operating in New Hampshire to the secretary of state, is repealed.

243:3 Effective Date. This act shall take effect 60 days after its passage.

Approved: July 02, 2026
Effective Date: August 31, 2026