# United States Court of Appeals
## For the First Circuit

No. 26-2132

COALITION FOR OPEN DEMOCRACY,

Plaintiff - Appellee,

v.

DAVID M. SCANLAN, in the official capacity as New Hampshire Secretary of State; JOHN FORMELLA, in the official capacity as New Hampshire Attorney General,

Defendants - Appellants.

Before

Gelpí, Aframe, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered: October 7, 2026

Defendant-Appellants have filed an "Emergency Motion to Stay Preliminary Injunction Pending Appeal." Defendant-Appellants say they "orally requested such a stay at the district court level, prior to the issuance of any adverse order" and that renewing the stay request in the district court would be "impracticable," Stay Mtn. at 5, such that, despite the provisions of Federal Rule of Appellate Procedure 8(a), they should not be required to lodge the current request in the district court in the first instance. As the oral request to which Defendant-Appellants point was made prior to the issuance of the district court's injunction ruling(s), we conclude that it would be prudent and most consistent with Rule 8 to deny the current motion, without prejudice to Defendant-Appellants' pursuit of a stay pending appeal in the district court in the first instance. In light of the foregoing, Defendant-Appellants' motion to expedite consideration of the stay motion is denied as moot.

To the extent a request for stay pending appeal is renewed in this court following the district court's ruling, Plaintiff-Appellee should file a response to that motion by 5:00 p.m. on the second calendar day following Defendant-Appellants' filing of the motion. Any reply then would be due by 5:00 p.m. on the next calendar day following Plaintiff-Appellee's filing of a response. These deadlines may be revised by subsequent order if necessary.

By the Court:

Anastasia Dubrovsky, Clerk

cc: John C. Bonifaz, Ben T. Clements, Michael Steven Gardener, Henry Clay Quillen, Courtney M. Hostetler, Courtney Patrice Herndon, Benjamin David Horton, Yeilee Woo, Sherwet H. Witherington, Hannah Edge, Matthew T. Broadhead, Michael P. DeGrandis, James Henry Holl III