# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-2132 **Short Title:** Coalition for Open Democracy

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
The Republican National Committee as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

Thomas R McCarthy
Signature

10/10/2026
Date

Thomas R. McCarthy
Name

Consovoy McCarthy PLLC
Firm Name (if applicable)

703.243.9423
Telephone Number

1600 Wilson Blvd. Ste 700
Address

Fax Number

Falls Church, VA
City, State, Zip Code

tom@consovoymccarthy.com
Email (required)

Court of Appeals Bar Number: 1170024

Has this case or any related case previously been on appeal?

[ ] No [✔] Yes Court of Appeals No. 24-1690; 26-1740

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).