# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-2132 **Short Title:** COD v. Scanlan

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

Coalition for Open Democracy as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

Signature

October 12, 2026
Date

Sherwet Witherington
Name

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Firm Name (if applicable)

212.692.8188
Telephone Number

919 Third Avenue
Address

Fax Number

New York, New York 10022
City, State, Zip Code

shwitherington@mintz.com
Email (required)

Court of Appeals Bar Number: 1226722

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.__________

==========================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).