## Corporate Disclosure Statement

Under Rule 26.1 of the Federal Rules of Appellate Procedure, the Coalition for Open Democracy states that it is a nonprofit corporation, that it has no parent corporation, and that no publicly held corporation owns 10 percent or more of its stock.