# United States Court of Appeals
## For the First Circuit

No. 26-2132

COALITION FOR OPEN DEMOCRACY,

Plaintiff - Appellee,

v.

DAVID M. SCANLAN, in the official capacity as New Hampshire Secretary of State; JOHN FORMELLA, in the official capacity as New Hampshire Attorney General,

Defendants - Appellants.

**ORDER OF COURT**

Entered: October 14, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellants David M. Scanlan and John M. Formella's October 8, 2026, renewed emergency motion to expedite the resolution of the renewed emergency motion to stay is denied as moot in light of this court's order entered October 14, 2026, denying the stay.

By the Court:

Anastasia Dubrovsky, Clerk

cc: John C. Bonifaz, Ben T. Clements, Michael Steven Gardener, Henry Clay Quillen, Courtney M. Hostetler, Courtney Patrice Herndon, Benjamin David Horton, Yeilee Woo, Sherwet Witherington, Hannah Edge, Bryan L. Sells, Matthew T. Broadhead, Michael P. DeGrandis, James Henry Holl, III, Thomas R. McCarthy