# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-2132 **Short Title:** Coalition for Open Democracy v. Scanlan

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

Coalition for Open Democracy as the

[ ] appellant(s) [✓] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

Signature: [signature]
Date: October 16, 2026


Name: Benjamin David Horton

Firm Name (if applicable): Free Speech For People

Telephone Number: 617-244-0234

Address: 28 S. Main St., Suite 200

Fax Number:

City, State, Zip Code: Sharon, MA, 02067

Email (required): bhorton@freespeechforpeople.org


Court of Appeals Bar Number: 1226720

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.__________

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).