# United States Court of Appeals
## For the First Circuit

No. 26-2132

COALITION FOR OPEN DEMOCRACY,

Plaintiff - Appellee,

v.

DAVID M. SCANLAN, in the official capacity as New Hampshire Secretary of State; JOHN FORMELLA, in the official capacity as New Hampshire Attorney General,

Defendants - Appellants.

**NOTICE**

Issued: October 21, 2026

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Yeilee Woo
James Henry Holl

The following attorneys will continue to receive notice in this case:

John C. Bonifaz, Matthew T. Broadhead, Ben T. Clements, Michael P. DeGrandis, Hannah Edge, Michael Steven Gardener, Courtney Patrice Herndon, Benjamin David Horton, Courtney M. Hostetler, Thomas R. McCarthy, Henry Clay Quillen, Bryan L. Sells, Sherwet Witherington

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Ashley C. - (617) 748-9055

cc:
John C. Bonifaz
Matthew T. Broadhead
Ben T. Clements
Michael P. DeGrandis
Hannah Edge
Michael Steven Gardener
Courtney Patrice Herndon
James Henry Holl III
Benjamin David Horton
Courtney M. Hostetler
Thomas R. McCarthy
Henry Clay Quillen
Bryan L. Sells
Sherwet Witherington
Yeilee Woo