# United States Court of Appeals
## For the First Circuit

No. 26-2132

COALITION FOR OPEN DEMOCRACY,

Plaintiff - Appellee,

v.

DAVID M. SCANLAN, in the official capacity as New Hampshire Secretary of State; JOHN FORMELLA, in the official capacity as New Hampshire Attorney General,

Defendants - Appellants.

**ORDER OF COURT**

Entered: October 21, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file a docketing statement and transcript report/order form.

It is ordered that if a docketing statement and transcript report/order form are not filed on or before **November 4, 2026**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John C. Bonifaz, Matthew T. Broadhead, Ben T. Clements, Michael P. DeGrandis, Hannah Edge, Michael Steven Gardener, Courtney Patrice Herndon, Benjamin David Horton, Courtney M. Hostetler, Thomas R. McCarthy, Henry Clay Quillen, Bryan L. Sells, Sherwet Witherington