## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name Coalition for Open Democracy v. Scanlan, et al.

District Court Case No. 1:26-cv-00647-JL-TSM District of New Hampshire

Date Notice of Appeal filed October 5, 2026 Court of Appeals Case No. 26-2132

Form filed on behalf of Appellants N.H. Secretary of State David M. Scanlan & N.H. Attorney General John M. Formella

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) The three hearing transcripts are already on file with the district court: Prelim. Inj. Hr'g (A) ECF No. 47 (Aug. 31, 2026); (B) ECF No. 61 (Sept. 15, 2026); and (C) ECF No. 62 (Sept. 16, 2026)

### TRANSCRIPT ORDER

Name of Court Reporter ____________________

Phone Number of Reporter ____________________

A. ______ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) ________ | |
| ☐ Testimony (specify ) ________ | |
| ☐ Other (specify) ________ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ______ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Michael P. DeGrandis

Filer's Signature [signature]

Firm/Address N.H. Office of the Attorney General

Filer's Email address michael.p.degrandis@doj.nh.gov

Telephone number (603) 271-1252

Date mailed to court reporter N/A

(Court Reporter Use ONLY) Date received ____________

Form CA1-10 (6/09/09)

**SEE INSTRUCTIONS ON REVERSE**