**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

| | |
|---|---|
| COALITION FOR OPEN DEMOCRACY,<br>Plaintiff-Appellee,<br><br>v.<br><br>DAVID M. SCANLAN, in the official capacity as New Hampshire Secretary of State; JOHN M. FORMELLA, in the official capacity as New Hampshire Attorney General,<br>Defendants-Appellants. | No. 26-2132 |

**MOTION TO WITHDRAW AS**
**COUNSEL FOR PLAINTIFF-APPELLEE**
**COALITION FOR OPEN DEMOCRACY**

Pursuant to First Circuit Local Rule 12.0(b), please withdraw the appearances of Michael S. Gardener, Courtney P. Herndon, and Sherwet H. Witherington, of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. in the above-captioned appeal as counsel of record of Plaintiff-Appellee Coalition for Open Democracy ("Coalition"). Plaintiff-Appellee Coalition will continue to be represented by six other counsel of record, each of whom will maintain that representation following this withdrawal.

Good cause supports this withdrawal. Plaintiff-Appellee has consented to the withdrawal of undersigned counsel, has been notified of the filing of this motion, and will be provided a copy of it. Because Plaintiff-Appellee remains represented by six attorneys of record who have participated in this appeal, no substitution of counsel is required.

Withdrawal will not cause undue delay or prejudice to Plaintiff-Appellee or the proceedings. Under the briefing schedule entered on October 23, 2026, Defendants-Appellants' brief and appendix are due December 2, 2026, and Plaintiff-Appellee's brief is due 30 days after service of Defendants-Appellants' brief. No motion is pending and no oral argument has been

scheduled. Continuing counsel will meet all existing and future deadlines, and no extension or modification of the briefing schedule is requested. Undersigned counsel have coordinated with continuing counsel to ensure an orderly transition. Counsel for Defendants-Appellants do not object.

Respectfully submitted,

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

/s/ *Michael S. Gardener*

Michael Steven Gardener, First Cir. No. 42892
**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 348-1642
Fax: (617) 542-2241
Email: msgardener@mintz.com

Courtney P. Herndon, First Cir. No. 1202021
**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 348-1871
Fax: (617) 542-2241
Email: cherndon@mintz.com

Sherwet H. Witherington
**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
919 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 935-3000
Email: shwitherington@mintz.com

Date: November 16, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, I filed the above document through the Electronic Filing Service Provider (Provider) and a true copy was served upon all counsel of record via this Court's electronic filing system. I further certify that on the same date a copy was provided to Plaintiff-Appellee Coalition for Open Democracy by this Court's electronic filing system.

*/s/ Michael S. Gardener*
Michael S. Gardener
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.