# United States Court of Appeals
## For the First Circuit

No. 26-2132

COALITION FOR OPEN DEMOCRACY,

Plaintiff - Appellee,

v.

DAVID M. SCANLAN, in the official capacity as New Hampshire Secretary of State; JOHN FORMELLA, in the official capacity as New Hampshire Attorney General,

Defendants - Appellants.

**ORDER OF COURT**

Entered: November 17, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorneys Michael S. Gardener, Courtney P. Herndon, and Sherwet H. Witherington as counsel for Appellee Coalition for Open Democracy is granted. Attorneys Gardener, Herndon, and Witherington are hereby withdrawn as counsel of record, and Appellee will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John C. Bonifaz, Ben T. Clements, Michael Steven Gardener, Henry Clay Quillen, Courtney M. Hostetler, Courtney Patrice Herndon, Benjamin David Horton, Sherwet Witherington, Hannah Edge, Bryan L. Sells, Matthew T. Broadhead, Michael P. DeGrandis, Thomas R. McCarthy